Case 5:16-cv-00090-RH-GRJ   Document 78   Filed 01/28/17   Page 1 of 2

Page 1 of 2
Case 5:16-cv-00090-RH-GRJ   Document 78   Filed 01/28/17   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


STACEY BURKE,

    Plaintiff,

v.                              CASE NO. 5:16cv90-RH/CAS

MEGAN J. BRENNAN, in her
official capacity as POSTMASTER
UNITED STATES POSTAL SERVICE,

    Defendant.

_____/


ORDER ALLOWING AMENDED EXHIBIT LISTS
AND STRIKING PLAINTIFF'S EXHIBIT 96

    This order confirms the ruling set out on the record of the hearing on January 26, 2017. The order also addresses the plaintiff's amended exhibit list, ECF No. 76, and the defendant's notice in response, ECF No. 77.

    IT IS ORDERED:

    1. The parties' agreement to supplement their exhibit lists with specific exhibits is approved. The lists are deemed properly amended to include the agreed exhibits.

2. The plaintiff's exhibit 96—"[d]eposition transcripts for all persons deposed in this case and any exhibit appended thereto to the extent permitted under the Federal Rules of Civil Procedure"—is struck.[1]

SO ORDERED on January 28, 2017.

s/Robert L. Hinkle
United States District Judge

---

[1] Admissible deposition testimony that was timely disclosed under paragraph 4 of the Pretrial Order may be published, but a transcript will not be admitted into evidence. In addition, Federal Rule of Civil Procedure 26(a)(3) and the Order for Pretrial Conference, ECF No. 31, required exhibits to be specifically listed. There is no exception for a document that was attached to a deposition.